# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF KANSAS

| | | |
|---|---|---|
| CST INDUSTRIES, INC. | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | Case No. 05-CV-02355 JWL/JPO |
| SPRAY BOOTH SYSTEMS, INC. | ) ) ) | |
| Defendant. | ) | |

## DEFAULT JUDGMENT

Upon defendant's failure to Answer the Complaint filed with the Court on August 23, 2005, after proper service having been made, and Plaintiff's Application for Entry of Default Judgment, entry of the Clerk's Entry of Default on December 20, 2005, and for good cause shown,

DEFAULT JUDGMENT IS HEREBY ENTERED for plaintiff and against defendant in the amount of $228,408.92, which consists of $222,796.52 in damages and $5,612.40 in pre-judgment interest through September 30, 2005, plus $42.72 per day thereafter for a total balance of $231,869.24 through December 20, 2005. Costs are assessed against defendant.

s/ Sharon Scheurer
DEPUTY CLERK
CLERK OF THE COURT

Submitted by:

*s/ Stephen B. Sutton*
Stephen B. Sutton (Ks. D.Ct. #70009)
LATHROP & GAGE L.C.
2345 Grand Boulevard, Suite 2800
Kansas City, MO 64108
(816) 292-2000 firm / (816) 460-5526 direct dial
ssutton@lathropgage.com
ATTORNEYS FOR PLAINTIFF

CC 1527793v1